IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD LEE GREENBERG,

    Petitioner,               No. 2:12-cv-1677 EFB P

    vs.

DAVID RUNNELS,

    Respondent.           ORDER

                              /

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      A petitioner seeking a writ of habeas corpus either must pay the $5.00 filing fee, *see* 28 U.S.C. § 1914(a), or request leave of court to proceed *in forma pauperis*, 28 U.S.C. § 1915(a). Petitioner requests leave to proceed *in forma pauperis*, Dckt. No. 8, but has already paid the $5.00 filing fee. Accordingly, his request to proceed *in forma pauperis* is denied as unnecessary.

      So ordered.

Dated: August 2, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE